# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM R. WHITESIDE, JR. & JEANNE L. WHITESIDE  Case Number: 05-74594
1103 - 18TH STREET  SSN-xxx-xx-4073 & xxx-xx-5016
ROCKFORD, IL 61104

Case filed on: 9/6/2005
Plan Confirmed on: 6/21/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,552.16    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM R. WHITESIDE, JR. | 0.00 | 0.00 | 506.16 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 506.16 | 0.00 |
| 001 | HFC | 1,520.76 | 1,520.76 | 1,520.76 | 0.00 |
| 002 | NATIONAL CAPITAL MANAGEMENT LLC | 4,456.56 | 4,456.56 | 4,456.56 | 185.69 |
| 003 | WINNEBAGO COUNTY TREASURER | 2,470.00 | 2,470.00 | 2,470.00 | 7.41 |
| | Total Secured | 8,447.32 | 8,447.32 | 8,447.32 | 193.10 |
| 002 | NATIONAL CAPITAL MANAGEMENT LLC | -0.01 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 16,853.12 | 16,853.12 | 7,208.16 | 0.00 |
| 006 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 7,947.57 | 7,947.57 | 3,399.22 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 325.02 | 325.02 | 139.01 | 0.00 |
| 010 | PAYDAY MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 300.25 | 300.25 | 128.42 | 0.00 |
| 012 | ROCKFORD PUBLIC LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 577.50 | 577.50 | 247.00 | 0.00 |
| 015 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WELLS FARGO FINANCIAL | 3,531.39 | 3,531.39 | 1,510.40 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 187.50 | 187.50 | 80.19 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 125.00 | 125.00 | 53.46 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 125.00 | 125.00 | 53.46 | 0.00 |
| | Total Unsecured | 29,972.34 | 29,972.35 | 12,819.32 | 0.00 |
| | Grand Total: | 39,783.66 | 39,783.67 | 23,136.80 | 193.10 |

Total Paid Claimant: $23,329.90
Trustee Allowance: $1,222.26
Percent Paid Unsecured: 42.77

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By /s/Heather M. Fagan